| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF LAURENS ) | |
| ) | |
| Carol Boyd, ) | |
| ) | Civil Action No. 2023-CP-30-0422 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Waffle House, Inc. ) | |
| ) | |
| Defendant. ) | |

TO: ANDREW LINDEMANN, ESQ., LINDEMANN LAW FIRM, P.A., 5 CALENDAR COURT, SUITE 202, POST OFFICE BOX 6923, COLUMBIA, SOUTH CAROLINA, COUNSEL FOR DEFENDANT

### PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF

1. The total value of all claims asserted by the Plaintiff in this litigation is less than 75,000.01.

   **RESPONSE: DENIED.**

2. In the event the court or jury returns a verdict of $75,000.01 or greater, the Plaintiff consents to a remittitur to $75,000.00.

   **RESPONSE: DENIED.**

LAW OFFICE OF TODD ELLIS, P.A.

BY: _____
TODD R. ELLIS (SC BAR No. 08888)
7911 Broad River Road, Suite 100
Irmo, South Carolina 29063
(803) 732-0123
todd@toddellislaw.com

LAW OFFICE OF JERRY REARDON

Jerry Reardon (SC Bar No. 13739)
1722 Main Street, Suite 302

1

Columbia, South Carolina 29201
(803) 602-5242
jerry@jerryreardonlaw.com

*Attorney for Carol Boyd*

June 26, 2023